MARIA COSTANZA BARDUCCI
BARDUCCI LAW FIRM
5 West 19th Street, 10th Floor
New York, New York 10011
Telephone: 212-433-2554

April 9, 2020

> The initial conference is RESCHEDULED to **June 4, 2020**, at **3:00 p.m.** The parties are reminded to mediate at least two weeks before and submit the required pre-conference materials by Thursday of the week before the conference. *See* ECF No. 8. The Clerk of Court is directed to terminate ECF No. 15. SO ORDERED.
>
> [signature]
>
> April 13, 2020

**VIA ECF**
The Honorable Jesse M. Furman
United States Judge
United States District Court
Southern District of New York
40 Centre Street, Room 2202
New York, NY 10007

  Re: *Joshua Adams vs. Loco III, Inc. and 105 Stanton Corp.*
    *Civil Action No.: 20-cv-00089-JMF*
    *Letter-Motion for Adjournment of Mediation and Initial Pretrial Conference*

Dear Judge Jesse M. Furman:

  I represent the Plaintiff in the above-referenced matter.

  On January 8, 2020, this Honorable Court issued an Order [DE#8] scheduling the Initial Pretrial Conference for April 23, 2020 at 3:30 p.m. and the parties to complete mediation at least two (2) weeks prior to that Initial Pretrial Conference (April 9, 2020).

  However, the parties have been impacted by office closures, social distancing, and quarantine or stay-at-home orders due to the current COVID-19 outbreak, and require additional time to complete the mediation and for the initial pretrial conference.

  This is the first request for extension to time to complete mediation.

  The Parties jointly request a thirty (30) day adjournment of the Mediation and the Initial Pretrial Conference.

  Thank you for your consideration.

            Respectfully Submitted,

            BARDUCCI LAW FIRM
            <u>s/Maria Costanza Barducci, Esq.</u>
            MARIA COSTANZA BARDUCCI, ESQ.

cc: Via CM/ECF Only